**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**UNITED STATES OF AMERICA**      :      **DOCKET NO. 19-cr-00014**

**VERSUS**      :      **JUDGE JAMES**

**MACK WARNER**      :      **MAGISTRATE JUDGE KAY**

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #25], and in the transcript previously filed herein, [doc. #23] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [doc. #19], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **MACK WARNER** on February 20, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Monroe, Louisiana this 22nd day of February, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE